# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135392

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GABRIEL PETER CHRIST,
      Defendant-Appellant.

SC: 135392
COA: 280999
Wayne CC: 98-012167-01

_____/

      On order of the Court, the application for leave to appeal the October 26, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

Clerk

d0421